IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OTTO BARBOUR, | : | CRIMINAL ACTION |
| | : | NO. 00-419-07 |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 11-280 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## O R D E R

**AND NOW**, this **14th** day of **October, 2011**, it is hereby **ORDERED** that the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (doc. no. 663) is **DENIED** and **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability will not issue.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**